Steven C. Vondran, [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
401 Wilshire Blvd 12th Floor
Santa Monica, California 90401
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 76.91.237.15

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>       Plaintiff,<br><br>    vs.<br><br>John Doe subscriber assigned IP address 76.91.237.15<br><br>       Defendants. | No. 5:22-cv-01393-TJH-SP<br><br>**ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT** |

John Doe Defendant IP address 76.91.237.15 ("DEFENDANT") submits this Answer to the First Amended Complaint ("FAC") filed by STRIKE 3 HOLDINGS, LLC. In response to the FAC, defendants answer and allege as follows:

1. Defendant lacks sufficient knowledge and on that basis denies the allegations in Paragraph 1

2. Defendant lacks sufficient knowledge and on that basis denies the allegations in Paragraph 2

3. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 3.

4. Defendant denies

5. Defendant denies any "theft by infringement"

6. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 6.

7. Admit

8. Admit

9. Admit

10. Admit

11. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 11.

12. Admit

13. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 13

14. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 14

15. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 15

16. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 16

17. Admit

18. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 18.

19. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 19.

20. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 20.

21. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 21.

22. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 22.

23. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 23.

24. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 24.

25. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 25

26. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 26.

27. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 27.

28. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 28.

29. Defendant lacks sufficient knowledge and on that basis denies the

allegation in paragraph 29.

30. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 30.

31. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 31.

32. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 32

33. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 33.

34. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 34.

35. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 35

36. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 36

37. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 37.

38. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 38.

39. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 39.

40. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 40.

41. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 41.

42. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 42.

43. Denied

44. Denied

45. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 45

46. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 46 and denies Plaintiff is entitled to any relief.

47. Denied.

48. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 48.

49. Admit.

50. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 50.

51. Denied

52. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 52

53. Denies

54. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 54. As to A-E. This is not sufficient additional evidence under Cobbler-Nevada.

55. N/A

56. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 56.

57. Denied

58. Defendant lacks sufficient knowledge and on that basis denies the allegation in paragraph 58.

59. Denied as to each allegation, including (A)-(D).

60. Denied Plaintiff is entitled to any relief and as to each item (A)-(F)

PRAYER FOR RELIEF – Defendant denies liability and denies that Plaintiff is entitled to any relief against him. Defendant seeks a jury trial and attorney fees and costs under the copyright law.

Further, Defendant asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1. Defendants allege that each cause of action in the Complaint fails to state a claim upon which relief may be granted against these answering defendants.

6

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2. The Complaint is barred in whole or in part by applicable statutes of limitation.

## THIRD AFFIRMATIVE DEFENSE

### (Laches)

3. The Complaint is barred in whole or in part by the Doctrine of Laches.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

4. Plaintiff failed to mitigate the damages alleged in the Complaint.

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

5. Plaintiff's claims are barred by plaintiff's own misconduct and inequitable actions.

## SIXTH AFFIRMATIVE DEFENSE

### (Causation)

6. Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiff is barred from recovery herein in that the conduct of plaintiff and other persons unknown to this answering defendant, constituted a supervening, intervening cause of the damages, injuries and losses allegedly sustained by plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE

### (Authorization and Consent)

7. Defendants are informed and believe and thereon allege that plaintiff and/or her predecessor in interest authorized and consented to the acts and conduct of defendants, and that plaintiff is thereby precluded from maintaining this action, or obtaining judgment herein against these defendants.

## EIGHTH AFFIRMATIVE DEFENSE

### (Fair Use)

21. The complaint is barred because Defendants do not use BitTorent for commercial purposes and there is no loss to Plaintiff though increased worldwide exposure to their porn videos, and on information and belief, Defendants have likely gained. The balance of the factors weighs in favor of fair use.

WHEREFORE, defendants pray for judgment as follows:

1. For judgment in favor of defendants and against plaintiff, dismissing plaintiff's Complaint with prejudice;

2. For all costs incurred herein;

3. For attorney's fees;

4. For such further relief as the Court in its discretion deems just, equitable and proper. Defendant seeks a jury trial.

RESPECTFULLY SUBMITTED

DATED this 31st day of January, 2023.

**THE LAW OFFICES OF STEVEN VONDRAN, P.C.**

By /s/ SteveVondran
Steven C. Vondran, Esq.
*Attorneys for IP* 23.243.212.17

# CERTIFICATE OF SERVICE

**ORIGINAL** of the foregoing *e-filed* this 31st day of January 2023, to all registered ECF users:

Law Offices of Lincoln Bandlow, P.C.
1801 Century Park E. Suite 2400
Los Angeles, California 90067
**Attn: Lincoln Dee Bandlow, Esq.**
Email:  lincoln@bandlowlaw.com

Executed on January 31*, 2023,* at Phoenix, AZ

By: */s/     Lisa Vondran*　　　　　　_____
　　　　　Lisa Vondran, Assistant